February 15, 2007

Mr. Randy S. Myers
The Myers Law Firm
201 Fort Worth Highway
Weatherford, TX 76086
Mr. Brent Barton Hamilton
LaFont Tunnell Formby LaFont & Hamilton, LLP
Post Office Box 1510
Plainview, TX 79073-1510

RE: Case Number: 07-0114
 Court of Appeals Number: 02-07-00019-CV
 Trial Court Number: CV-05-1274

Style: IN RE WELDON AND THENA KENNEDY AND LARRY D. AND SHERIDAN K.
 WATSON

Dear Counsel:

 The Supreme Court of Texas granted the Motion for Temporary Relief and
issued the enclosed stay order in the above-referenced case. The Court
requests that real party in interest file a response to the petition for
writ of mandamus. The response is due to be filed in this office no later
than 3:00 p.m., February 26, 2007. PLEASE NOTE Tex. R. App. P. 9.2(b),
does not apply. There is no filing fee associated with this requested
response.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Charles Benjamin |
| |Akers |